UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Dejon Jackson

Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR-    ( )( )

Defendant __Dejon Jackson__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s/ Dejon Jackson by JCM on consent
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Dejon Jackson
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

Francis L. O'Reilly
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/16/2020
Date

Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge